IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21485-CIV-MOORE/WHITE

DESMOND DURHAM,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____ /

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS MATTER is before the Court upon Movant's Notice of Appeal, which this Court construes as a Motion for a Certificate of Appealability (dkt # 14).

A prisoner appealing denial of a petition brought under 28 U.S.C. § 2255 must first obtain a Certificate of Appealability. *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). A Certificate of Appealability shall issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). After a review of the record, the Court finds that Movant has not raised an issue regarding the denial of a constitutional right which could be debatable among reasonable jurists, or is otherwise reasonably adequate to warrant further proceedings. *Miller-El*, 537 U.S. at 327, 336-38.

After a review of the record, the Court finds that the motion, files, and records of this case conclusively show that the prisoner is entitled to no relief. Accordingly it is,

ORDERED AND ADJUDGED that Movant's Request for Certificate of Appealability (dkt

# 14) is DENIED. This case is to remain CLOSED. All other pending motions are DENIED AS MOOT.

DONE and ORDERED in Chambers at Miami, Florida, this 27th day of February, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All counsel of record

Desmond Durham, *Pro Se*
Reg. No. 71378-004
F.C.C.-Yazoo
P.O. Box 5050
Yazoo City, FL 39194

Anthony W. Lacosta, AUSA
U.S. Attorney's Office
99 N.E. 4th Street, Suite 700
Miami, FL 33132